SARAH PERNICK, Appellant, *v.* CENTRAL UNION GAS COMPANY, Respondent.

*Pernick v. Central Union Gas Co.*, 183 App. Div. 543, affirmed.

(Submitted March 10, 1920; decided April 13, 1920.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department,

entered July 11, 1918, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for personal injuries alleged to have been sustained by plaintiff through negligence of defendant. The complaint alleged that the defendant was a domestic corporation, engaged in the business of furnishing gas and gas ranges to consumers, and installed the gas range contained in the apartment in which she resided; that through the carelessness and negligence of the defendant and its servants, in failing to properly inspect the gas range and keep it in good and proper repair, after due notice to do so, the gas range leaked and caused gas to flow into and accumulate in the body of the gas range, as a result of which it exploded as she was about to light the same, and caused the injuries complained of. The Appellate Division held that the evidence failed to prove negligence on the part of defendant.

*David Goldstein* for appellant.

*Chauncey B. Garver* and *John A. Garver* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO, POUND, CRANE and ANDREWS, JJ.